JOYCE M. DANIEL v. CAROLINA SUNROCK CORPORATION, A NORTH CAROLINA CORPORATION, AND BRYAN PFOHL, INDIVIDUALLY

No. 261A93

(Filed 3 December 1993)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 110 N.C. App. 376, 430 S.E.2d 306 (1993), affirming in part, reversing in part, and remanding the judgment entered by Hobgood, J., on 30 January 1992 in Superior Court, Granville County. Heard in the Supreme Court 15 November 1993.

*Pulley, Watson & King, P.A., by Tracy Kenyon Lischer, for plaintiff-appellee.*

*Haynsworth, Baldwin, Johnson and Greaves, P.A., by Charles P. Roberts III, and Lucretia D. Smith, for defendant-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Lewis, 110 N.C. App. at 384, 430 S.E.2d at 311, the decision of the Court of Appeals on the issue of wrongful discharge, the only issue before this Court, is reversed.

REVERSED.